# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

No. 10-50574
Summary Calendar

March 14, 2013

Lyle W. Cayce
Clerk

CESAR VALENTIN GARCIA-AGUILERA,

Petitioner - Appellant

v.

UNITED STATES OF AMERICA; BUREAU OF PRISONS; WARDEN,

Respondents - Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:10-CV-24

Before BARKSDALE, CLEMENT, and GRAVES, Circuit Judges.

PER CURIAM:[*]

Proceeding *pro se* and *in forma pauperis*, Cesar Valentin Garcia-Aguilera, federal prisoner # 89647-008, an alien against whom the Bureau of Immigration and Customs Enforcement (ICE) has issued a detainer subjecting him to immediate removal from the United States upon release from Bureau of Prisons (BOP) custody, appeals the denial of his 28 U.S.C. § 2241 petition challenging the BOP's excluding him from rehabilitation programs and halfway houses. Although he correctly contends the district court erred in ruling it lacked

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

subject-matter jurisdiction, *Gallegos-Hernandez v. United States*, 688 F.3d 190, 193-94 (5th Cir. 2012), *cert. denied*, 133 S. Ct. 561 (2012), the exclusion issue is foreclosed by *Gallegos-Hernandez*, 688 F.3d at 194-96 (exclusion of aliens subject to ICE detainer from halfway houses and rehabilitation satisfies rational-basis review).

AFFIRMED.